**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                                                 Case No. 6:12-cr-121-Orl-37KRS

REBECA RIVERA

**ORDER**

This cause is before the Court on the Defendant Rebeca Rivera's Motion for a New Trial (Doc. 232), filed November 24, 2014.

On November 5, 2012, Rebeca Rivera was convicted of aiding and abetting the sex trafficking of a minor, T.M., in violation of 18 U.S.C. §§ 1591(a) and 2 (Count I), as well as two counts of aiding and abetting the transportation of a minor, T.M., in interstate commerce with the intent to engage in criminal sexual activity in violation of 18 U.S.C. §§ 2423(a) and 2 (Counts II and III). (Doc. 117.) Rivera's co-defendant, Luis Morales, was convicted on six counts. (Doc. 116.) The Court denied four motions for judgment of acquittal by Rivera (*see* Docs. 99, 100, 103, 104, 106, 107, 135), and sentenced her to 180 months of imprisonment (*see* Doc. 152.) Rivera appealed (Doc. 156), and the U.S. Court of Appeals for the Eleventh Circuit affirmed the convictions of Rivera and Morales in an Opinion dated January 7, 2014 (Docs. 215, 216.) On November 24, 2014, Rivera filed a Motion for new trial. (*See* Doc. 232.)

Within three years of a guilty verdict, a convicted person may file a motion for new trial based on "newly discovered evidence."[1] Fed. R. Crim. P. 33. Such motions "are highly disfavored . . . should be granted only with great caution." *United States v.*

---

[1] Although Rivera brought her Motion pursuant to Federal Rule of Civil Procedure 60, the Court will apply the law concerning Federal Rule of Criminal Procedure 33.

*Campa*, 459 F.3d 1121, 1151 (11th Cir. 2006) (en banc).

The "newly discovered evidence" submitted with the Motion is correspondence from Morales dated October 14, 2014, which proclaims his innocence and the innocence of Rivera. (Doc. 232, p. 3.) This document does not constitute "newly discovered evidence" entitling Rivera to a new trial. New evidence under Rule 33 "must be of such nature that a new trial would probably produce a new result." *See United States v. Hall*, 854 F.2d 1269, 1271 (11th Cir. 1988.) Here, Morales' unsworn statements are not of such nature. *See United States v. Bachynsky*, 578 F. App'x 914, 918 (11th Cir. 2014) (affirming order denying motion for new trial where conviction had been affirmed based on "'ample' circumstantial evidence of a conspiratorial agreement"). Accordingly, it is hereby ordered and adjudged that Defendant Rebeca Rivera's Motion for a New Trial (Doc. 232) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 16, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Rebeca Rivera